IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                                                         CAUSE NO. 3:13-CR-59-CWR-LRA

LEMARCUS KELLY                                                         DEFENDANT

## ORDER

The Court has reviewed Defendant's Motion to Vacate under 28 U.S.C. § 2255, filed on February 12, 2015 [Docket No. 112], and is of the opinion that a response from the Government is appropriate. Accordingly, it is ORDERED:

That within sixty (60) days of the date of this order, the United States of America shall submit a response to Defendant's motion.

**SO ORDERED**, this the 23rd day of February, 2015.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE